FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 APR 12 PM 12: 0

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| **WESLEY DURELL JOHNSON,** | 21 U.S.C. § 841(a)(1) |
| **DEYSUAN SHALEE WELLS,** | 21 U.S.C. § 841(b)(1)(A)(viii) |
| **TIAUNA CHRISTINE CASTRO,** | 21 U.S.C. § 846 |
| **MOHAMED AHMED HUSSEIN,** | |
| **RONNIE BERT WHITE,** | |
| **AUTUMN K. JORDAN,** | |
| **CIERRA SADE STRATTON, and aka Cierra Stratton-Zebib** | |
| **TERRELL D. HARRIS,** | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Conspiracy to Distribute Methamphetamine)

From on or about February 1, 2021, through and including the date of this Indictment, in the Southern District of Ohio, the defendants, **WESLEY DURELL JOHNSON, DEYSUAN SHALEE WELLS, TIAUNA CHRISTINE CASTRO, MOHAMED AHMED HUSSEIN, RONNIE BERT WHITE, AUTUMN K. JORDAN, CIERRA SADE STRATTON, aka Cierra Stratton-Zebib, TERRELL D. HARRIS,** did knowingly, intentionally and unlawfully

combine, conspire, confederate and agree with diverse other persons, both known and unknown to the Grand Jury, to distribute possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and 21 U.S.C. § 846.

**A TRUE BILL**

**s/Foreperson**

_____

**FOREPERSON**


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**TIMOTHY D. PRICHARD (0059455)**
**Assistant United States Attorney**