**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

vs.

Wesley D. Johnson,

CASE NUMBER: 2-22-CR-55-1
JUDGE WATSON
Magistrate Judge King

**RE-NOTICE**

    **PLEASE NOTE** the Change of Plea Hearing in the above entitled action has been **RESCHEDULED** to November 9, 2022 at 10:00 AM. Unless requested by the Defendant or Counsel for an in person hearing this hearing will be conducted by GoTo Meeting.

**NORAH MCCANN KING**
**UNITED STATES MAGISTRATE JUDGE**

Date: October 11, 2022

*/s/ Spencer  Harris*
Spencer Harris, Deputy Clerk
614-719-3027
spencer_harris@ohsd.uscourts.gov

**PREVIOUSLY SCHEDULED DATE:**    October 12, 2022