# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

United States of America,

v.

Case No. 2:22-cr-55(1)

Judge Michael H. Watson

Wesley D. Johnson,

## ORDER

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 177. The Court accepts Defendant's plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

*(signature)*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT